# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-4345

_____

DANIEL HOWE,

Petitioner,

v.

FLORIDA DEPARTMENT OF
CORRECTIONS,

Respondent.

_____

Petition for Belated Appeal–Original Jurisdiction.

November 9, 2018

PER CURIAM.

The petition seeking belated appeal is denied. *See Powell v. Fla. Dep't of Corr.*, 727 So. 2d 1103 (Fla. 1st DCA 1999).

WETHERELL, MAKAR, and WINSOR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Daniel Howe, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, and Kenneth S. Steely, General Counsel, Florida Department of Corrections, Tallahassee, for Respondent.